UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLUMBIA DATA PRODUCTS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AUTONOMY CORPORATION LIMITED, IRON MOUNTAIN INCORPORATED, and IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>Defendants. | Civil Action No. 11-12077-NMG |

**ASSENTED-TO MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Columbia Data Products, Inc. ("CDP") hereby moves the Court, pursuant to Fed. R. Civ. P. 15(a), for leave to file its First Amended Complaint. A copy of the proposed First Amended Complaint is attached hereto as **Exhibit A** and a red-lined copy of the First Amended Complaint (reflecting the differences between the Complaint and the proposed First Amended Complaint) is attached hereto as **Exhibit B.** In support of its Motion, CDP states as follows:

1. By way of its Complaint, CDP alleges that Defendants Autonomy Corporation Limited, Iron Mountain, Incorporated, and Iron Mountain Information Management, Inc. ("Defendants") infringed upon CDP's federally registered copyright, breached a written licensing agreement with CDP and the implied covenant of good faith and fair dealing, and violated Mass. Gen. Laws ch. 93A. (Docket No. 1).

2. During discovery, CDP has identified a second federally registered copyright that CDP believes Defendants have infringed. Accordingly, CDP seeks to amend its Complaint to include a second cause of action against Defendants for copyright infringement.

3. Defendants will not be prejudiced by CDP's request because fact discovery does not close for six months (i.e., on June 14, 2013), and because CDP has agreed that Defendants may serve additional discovery requests concerning the second copyright claim if necessary.

4. In addition to CDP's copyright claim, CDP proposes to make minor changes to the Complaint to reflect the correct names of Defendants.  The proposed changes are consistent with the Court's order on May 1, 2012 allowing CDP's Assented-to Motion to Correct Party Names and Caption.

5. Defendants assent to CDP's request for leave to file the proposed First Amended Complaint attached hereto as Exhibit A.

WHEREFORE, CDP respectfully requests that the Court grant it leave to file its First Amended Complaint, attached hereto as Exhibit A.

Respectfully Submitted,

COLUMBIA DATA PRODUCTS, INC.

By its attorneys,

/s/ Zachary C. Kleinsasser
Victor H. Polk, Jr., BBO# 546099
polkv@gtlaw.com
Zachary C. Kleinsasser, BBO# 664291
kleinsasserz@gtlaw.com
Greenberg Traurig, LLP
One International Place
Boston, Massachusetts  02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Dated:  January 14, 2013

## **LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1, the parties met and conferred on January 14, 2013. Defendants assent to this motion.

/s/ Zachary C. Kleinsasser

## **CERTIFICATE OF SERVICE**

I, Zachary C. Kleinsasser, hereby certify that on January 14, 2013 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

/s/ Zachary C. Kleinsasser